UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                         Case No. 16-51461

WILLIAM CLAYBORN SCHUYLER, JR.,      Chapter 13
and CYNTHIA MARIE SCHUYLER,
                                            Judge Thomas J. Tucker

          Debtors.
_____/

## ORDER DENYING DEBTORS' MOTION FOR RECONSIDERATION

This case is before the Court on the Debtors' motion entitled "Motion to Vacate Order Dismissing Chapter 13 and Reinstating Chapter 13 Case," filed September 20, 2018 (Docket # 48, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the September 4, 2018 Order dismissing this case (Docket # 46).

The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

In addition, the Court finds that the allegations in the Motion do not establish excusable neglect under Fed. R. Civ. P. 60(b)(1), Fed. R. Bankr.P. 9024, or any other valid ground for relief from the order dismissing this case.

NOW, THEREFORE,

IT IS ORDERED that the Motion is denied.

**Signed on September 21, 2018**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**